United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-11233
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NIAZI MAHMOUD MOHAMED SADDIG,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CR-153-1-A
--------------------

Before DAVIS, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Niazi Mahmoud Mohamed Saddig has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Saddig has not responded to the motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.